**Order filed March 24, 2020 Withdrawn; Order filed April 24, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00159-CR
_____

## EX PARTE LIONEL JOSEPH NEWMAN

**On Appeal from the 179th District Court
Harris County, Texas
Trial Court Cause No. 1647260**

## ORDER

On March 24, 2020, this court issued an order directing the Harris County District Clerk to file a supplemental clerk's record. That order was filed in error. After issuing that order, the Harris County District Clerk informed this court that the requested document was already contained in the original clerk's record filed on March 18, 2020.

The March 24, 2020 order filed in this matter is withdrawn.

PER CURIAM

Panel Consists of Justices Bourliot, Hassan, and Poissant.